268 F.2d 217
 George LAVENDER
v.
Ralph M. ROUNDS.
 No. 6122.
 United States Court of Appeals Tenth Circuit.
 March 13, 1959.
 
 Appeal from the United States District Court for the District of New Mexico.
 Moise, Sutin & Jones, Albuquerque, N. M., for appellant.
 Foulston, Siefkin, Schoeppel, Bartlett & Powers, Wichita, Kan., and Rodey, Dickason, Sloan, Akin & Robb, Albuquerque, N. M., for appellee.
 Before BRATTON, Chief Judge.
 PER CURIAM.
 
 
 1
 Dismissed pursuant to stipulation of the parties.